# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GERALD W. EDWARDS**                                                                                   **PLAINTIFF**

**V.**                             **CASE NO. 1:14CV00109-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## JUDGMENT

Plaintiff Gerald W. Edwards's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 1st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE